IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHIM FATA, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-2402 |
| | : | |
| ABRAHAM ORTIZ, *et al.*, | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 18th day of October, 2024, upon consideration of Plaintiff Abrahim Fata's Motion to Proceed *In Forma Pauperis* (ECF No. 6), *pro se* Amended Complaint (ECF No. 9), Confidential Motion for a Civil Action to Restrain from Harassment of a Victim or Witness (ECF No. 7), Confidential Motion for Witness Relocation and Protection (ECF No. 8), and a Motion for a Change of Venue (ECF No. 10), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    Abrahim Fata, #193200, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Lehigh County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Fata's inmate account; or (b) the average monthly balance in Fata's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Fata's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the

Clerk of Court equaling 20% of the preceding month's income credited to Fata's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Lehigh County Jail.

4. The Amended Complaint is **DEEMED** filed.

5. The Amended Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

   a. Fata's claims are **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

   b. Claims raised on behalf of anyone other than Fata are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

6. Fata's Confidential Motion for a Civil Action to Restrain from Harassment of a Victim or Witness (ECF No. 7), Confidential Motion for Witness Relocation and Protection (ECF No. 8), and a Motion for a Change of Venue (ECF No. 10), and Motion for Injunctive Relief are **DENIED**.

7. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**